Case 1:19-cr-00008-JRS-TAB   Document 58   Filed 09/11/24   Page 1 of 5 PageID #: 240

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.
Christopher Stephens

Case No: 1:19-cr-00008-01
USM No: 16857-028

Date of Original Judgment: 10/1/2019
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Steven D. Allen
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/01/2019  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 09/11/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable James R. Sweeney, II, District Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cr-0008-JRS-TAB ) |
| CHRISTOPHER STEPHENS, | ) -01 ) |
| Defendant. | ) ) |

**Order on Motions for Sentence Reduction**

Christopher Stephens was sentenced to 78 months' imprisonment after pleading guilty to one count of Possession of a Firearm by a Prohibited Person in violation of 18 U.S.C. § 922(g)(1). (J. 1–2, ECF No. 39.) This matter is now before the Court on Stephens's motions to reduce his sentence under 18 U.S.C. § 3582, USSG § 1B1.10, and Amendment 821 to the Sentencing Guidelines. (ECF Nos. 48, 54.) The motions are **denied**.

## I.     Legal Standard

The Court may modify an imposed sentence of imprisonment under 18 U.S.C. § 3582(c)(2) to reflect changes in the sentencing guidelines where authorized by policy statements from the Sentencing Commission. Under the policy statement at USSG § 1B1.10, the Court "may reduce" a sentence to reflect certain amendments to the Sentencing Guidelines. Those amendments are set forth in § 1B1.10(d). Amendment 821, Part A, "Status Points under § 4A1.1," reduces, from two criminal history points to one, the penalty for offenses committed while under sentence or on probation for another offense. The Court must consider the 18 U.S.C. § 3553(a) factors in deciding

whether and how to reduce a sentence. 18 U.S.C. § 3582(c)(2); USSG § 1B1.10, comment (n.1(B)).

## II. Discussion

Stephens was sentenced to 78 months' imprisonment. The Court adopted the presentence investigation report prepared by the U.S. Probation Office. The base offense level was 20 because the offense involved a firearm capable of accepting a large capacity magazine. (Presentence Investigation Report ¶ 17, ECF No. 34.) Four levels were added under USSG § 2K2.1(b)(6)(B) because it was concluded that the firearm was possessed in connection with another felony offense—possession with intent to distribute controlled substances—based on the amount of money seized and controlled substances found in close proximity to the firearm. (*Id.* ¶ 18.) Three levels were subtracted for Stephens's acceptance of responsibility, yielding a total offense level of 21. (*Id.* ¶¶ 24–26.) In calculating Stephens's criminal history category, the Court found that his prior convictions resulted in a criminal history score of 12; however, because he committed the offense while under a criminal justice sentence, an additional 2 points were added, resulting in a score of 14. (*Id.* ¶¶ 40, 41.) With a criminal history category of VI, the guideline range was 77 to 96 months' imprisonment. (*Id.* ¶ 73.) The Court imposed a sentence of 78 months.

Stephens argues that Amendment 821 Part A applies. (Mot. 1, ECF No. 48.) The Government argues that Stephens is ineligible because although his criminal history points would be reduced by Part A, his criminal history category, and thus his guideline imprisonment range, remain unchanged. (Gov't's Opp. 4–5, ECF No. 56.)

The Government is correct. Stephens did receive two criminal history points for committing the offense while under a criminal justice sentence for cause number 49G25-1703-F6-010031. This brought his criminal history score from 12 to 14. (PSR ¶¶ 40, 41.) Part A would reduce the two additional points to one, yielding a criminal history score of 13. According to the sentencing table in USSG Chapter 5, Part A, a criminal history score of 13 still yields a criminal history category of VI, and Stephens's guideline range of 77 to 96 months is unchanged. Therefore, Stephens is ineligible for Amendment 821, Part A.

The 78-month term of imprisonment remains as imposed at sentencing.

### III.   Conclusion

The Court finds that Amendment 821 reduces Stephens's criminal history points from **14 to 13**, but it does not change the applicable guideline range nor his offense level, so Stephens's Motions to Reduce Sentence, (ECF Nos. 48, 54), are **denied.**

The Court has been advised that a reduction in criminal history points may impact Mr. Stephens's classification. Therefore, the Court **directs** the Clerk to forward a copy of this entry to the Warden at FCI Beaumont Low, Federal Correctional Institution, P.O. Box 26025, Beaumont, Texas 77720.

**SO ORDERED.**

Date: 09/11/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution by U.S. Mail to:

Christopher Stephens
Reg. # 16857-028
FCI Beaumont Low
Federal Correctional Institution
P.O. Box 26020
Beaumont, TX 77720

Warden
FCI Beaumont Low
Federal Correctional Institution
P.O. Box 26025
Beaumont, TX 77720

Distribution by CM/ECF to all counsel of record